OFFICE OF DISCIPLINARY COUNSEL *v.* DIDLICK.

[Cite as *Disciplinary Counsel v. Didlick* (1993), 67 Ohio St.3d 75.]

(No. 93–454—Submitted April 20, 1993—Decided August 11, 1993.)

76

*J. Warren Bettis*, Disciplinary Counsel, and *Harald F. Craig III*, Assistant Disciplinary Counsel, for relator.

*Per Curiam.* We agree with the board's findings and recommendation. Accordingly, we indefinitely suspend respondent from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.